UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

In re:

TYNDALL PARKWAY
APARTMENTS, LLC,

      Debtor.
_____/

Case No. 21-50044-KKS

Chapter 11

**ORDER APPROVING DEBTOR'S APPLICATION TO
EMPLOY BERKADIA REAL ESTATE ADVISORS, LLC AS BROKER
(Doc. No. 92)**

THIS CASE came before the Court for hearing on September 9, 2021, at 2:00 p.m., for consideration of the *Debtor's Application to Employ Berkadia Real Estate Advisors, LLC as Broker and Request for Expedited Hearing* (Doc. No. 92) (the "**Application**"); *Creditor Tower Capital Group WP, LLC's Objection to Debtor's Application to Employ Berkadia Real Estate Advisors, LLC as Broker (Doc. 92)* (Doc. No. 96) and *Creditor Tower Capital Group WP, LLC's Supplement to the Objection to Debtor's Application to Employ Berkadia Real Estate Advisors, LLC as Broker (Doc. 92)* (Doc. No. 104) (collectively, the "**Tower Capital Objection**") filed by Tower Capital Group WP, LLC; and *Debtor's Reply and Objection to (I) Creditor Tower Capital Group WP, LLC's Objection to Debtor's Application to Employ Berkadia Real Estate Advisors, LLC as Broker (Doc. 92) and (II) Creditor Tower Capital Group WP, LLC's Supplement to the Objection to Debtor's*

*Application to Employ Berkadia Real Estate Advisors, LLC as Broker (Doc. 92)* (Doc. No. 106).  For the reasons stated orally and recorded in open court, which shall constitute the decision of the Court, it is

**ORDERED**:

1.	The Application is approved.

2.	The Tower Capital Objection is overruled with respect to the Application, but approval of the Application by this Order is without prejudice to (i) any party in interest raising an objection to a motion to sell the Debtor's property, or (ii) Tower Capital pursuing, whether in writing or at a future hearing, any of the arguments raised in the Tower Capital Objection or any additional arguments which do not directly relate to the employment of Berkadia or the marketing procedures set forth in the Application.

3.	Pursuant to 11 U.S.C. §§327 and 328(a), the Debtor is authorized to employ Berkadia Real Estate Advisors, LLC ("**Berkadia**") as its exclusive broker under the terms and conditions set forth in the Application and in the Exclusive Listing Agreement dated June 7, 2021, attached as <u>Exhibit A</u> to the Application (the "**Listing Agreement**").

4.	Berkadia holds no interest adverse to the estate in the matters upon which it is engaged, is a disinterested person as required by 11 U.S.C. §327(a) and

has disclosed any connections with the parties as set forth in Bankruptcy Rule 2014, and its employment is necessary and would be in the best interest of the estate.

5. As set forth in the Application, Berkadia's compensation is a fixed commission equal to one percent (1%) of the gross purchase price (the "**Commission**"). Accordingly, the compensation was disclosed as required by 11 U.S.C. §328(a).

6. Pursuant to 11 U.S.C. §330(a)(1), the Debtor is authorized to compensate Berkadia in accordance with the Application and the Listing Agreement, including payment of the Commission and the reimbursement of the expenses advanced by Berkadia as described in the Listing Agreement. The total amount of such compensation shall be finally approved in connection with entry of a sale order concerning the subject property or by appropriate application to this Court.

7. The Court shall have exclusive jurisdiction over the subject matter of the Listing Agreement and any controversy arising thereunder.

DONE AND ORDERED on September 17, 2021.

Karen K. Specie
U.S. Bankruptcy Judge

Attorney Jodi Daniel Dubose is directed to serve a copy of this order on interested parties and file a certificate of service within three (3) business days of entry of this Order.

Prepared by: Jodi Daniel Dubose, Esq.